UNITED SATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,**

Plaintiff

v    Civil Action No. 12-11500
Hon. John C. O'Meara

**PHYSIOMATRIX, INC., GENEX PHYSICAL THERAPY, INC, KALLIL I. KAZAN, D.C., NAIM KHANAFER, D.C., SAMI ABU FARHA, M.D., SAMI ABU FARHA, M.D., P.C., TETE ONIANG'O M.D., TETE ONIANG'O, M.D., P.L.L.C.**

Defendants

---

### STIPULATED ORDER FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS

Pursuant to the parties stipulation,

IT IS HEREBY ORDERED that Defendants PHYSIOMATRIX, INC., GENEX PHYSICAL THERAPY, INC, KALLIL I. KAZAN, D.C., and NAIM KHANAFER, D.C shall file their responsive pleadings **on or before May 24, 2012.**

Date: April 30, 2012            s/John Corbett O'Meara
                                United States District Judge

1

Stipulated to entry, notice of hearing hereby waived:

KATTEN MUCHIN ROSENMAN, LLP


By: /s/ Kathy P. Josephson
    Ross O. Silverman
    Eric T. Gortner
    Kathy P. Josephson
    Patrick C. Harrigan
    Attorneys for Plaintiff

Law Offices of Gary R. Blumberg P.C


By: /s/ Gary R. Blumberg
    Gary R. Blumberg (P29820)
    Attorneys for Defendants Physiomatrix, Inc.,
    Genex Physical Therapy Inc., Kallil I. Kazan, D.C.
    and Naim Khanafer, D.C.

JOELSON ROSENBERG PLC


By: /s/ Peter W. Joelson
    Peter W. Joelson (P51468)
    Attorneys for Defendants Physiomatrix, Inc.,
    Genex Physical Therapy Inc., Kallil I. Kazan, D.C.
    and Naim Khanafer, D.C.