



Bernard J. Youngblood
Wayne County Register of Deeds
January 05, 2012  03:41 PM
Inst:2012002448  Liber:49525  Page:281

# MEMORANDUM OF LAND CONTRACT

File No.: FT-0785

Drafted by:
Rotana Holdings LLC by Kallil Kazan, 15022 Michigan Ave, Dearborn MI  48126
When recorded return to:
REDACTED                    Dearborn MI  48126

THIS MEMORANDUM OF LAND CONTRACT entered into this Tuesday, December 27, 2011 by and between:

**Rotana Holdings, LLC by Naim Khanafer, managing member**
whose address is: **15022 Michigan Ave, Dearborn MI  48126** hereinafter "SELLER" and

REDACTED and REDACTED , **husband and wife**
whose address is: REDACTED **Dearborn MI 48126** , hereinafter "BUYER."

## WITNESSETH:

WHEREAS, BUYER and SELLER have entered into a Land Contract of even date herewith; and,

WHEREAS, the parties desire to enter into this Memorandum of Land Contract to give record notice of existence of the Land Contract.

NOW THEREFORE, in consideration of the premises and for other good and valuable consideration, SELLER acknowledges and agrees that they have sold to BUYER on the land contract dated December 27, 2011, the following described premises situated in the **City** of **Dearborn**, County of **Wayne**, and State of Michigan, and particularly described as follows:

**City of Dearborn, County of Wayne**

REDACTED
Page 44, of Plats, Wayne County Records.
Commonly known as: REDACTED Dearborn MI  48126.

Tax Parcel No.: REDACTED
Commonly known as: REDACTED Dearborn, MI  48126

The purpose of this Memorandum of Land Contract is to give record notice to the existence of the aforesaid Land Contract.

IN WITNESS WHEREOF, the parties hereto have executed this Memorandum of Land Contract and have caused their hands and seals to be affixed hereto the day and year first above written.

MI FA LRD-Memorandum of Land Contract Rev. December 16, 2011                                           Page 1 of 2

Signed and Sealed:

_____
Rotana Holdings, LLC by Naim Khanafer

REDACTED

REDACTED

REDACTED

REDACTED

State of Michigan }
                  } SS
County of WAYNE

On this the **27th** day of **December, 2011**, before me personally appeared **Rotana Holdings, LLC, by Naim Khanafer** to me known to be the person(s) described in and whom executed the foregoing instrument and acknowledged that they executed the same as their free act and deed.

_____, Notary Public

Kenneth A Burk
Oakland County
My Commission Expires
December 17, 2017
Acting in WAYNE

County, Michigan
Acting in
My Commission Expires:

State of Michigan }
                  } SS
County of

On this the **27th** day of **December, 2011**, before me personally appeared REDACTED and REDACTED **husband and wife,** to me known to be the person(s) described in and whom executed the foregoing instrument and acknowledged that they executed the same as their free act and deed.

_____, Notary Public
County, Michigan
Acting in
My Commission Expires: