# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| State Farm Mutual Automobile Insurance Company, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 12-cv-11500 |
| Physiomatrix, Inc., | ) Hon. John C. O'Meara |
| Genex Physical Therapy, Inc., | ) |
| Kallil I. Kazan, D.C., | ) Magistrate Judge David R. Grand |
| Naim Khanafer, D.C., | ) |
| Sami Abu Farha, M.D., | ) |
| Sami Abu Farha, M.D., P.C., | ) |
| Tete Oniang'o, M.D., | ) |
| Tete Oniang'o, M.D., P.L.L.C., | ) |
| Defendants, | ) |
| And | ) |
| Physiomatrix, Inc., | ) |
| Genex Physical Therapy, Inc., | ) |
| Counter-Plaintiffs, | ) |
| v. | ) |
| State Farm Mutual Automobile Insurance Company, | ) |
| Counter-Defendant, | ) |

**DEFENDANTS PHYSIOMATRIX, INC., GENEX PHYSICAL THERAPY, INC., KALLIL I. KAZAN, D.C., AND NAIM KHANAFER, D.C EXPERT WITNESS DISCLOSURE**

Defendants, PHYSIOMATRIX, INC., GENEX PHYSICAL THERAPY, INC, KALLIL I. KAZAN, D.C., and NAIM KHANAFER, D.C, (the "Defendants"), by their counsel hereby submit their Expert Witness Disclosure.

1. Dr. Mark Rottenberg, M.D. – Potential
   Physical Medicine & Rehabilitation
   28300 Orchard Lake Road, Suite 103

   Farmington Hills, MI 48334
   **Area of expertise -** Medical

2. Dr. Jeff Pierce, D.O. – Potential
   1819 E. Big Beaver Road, Ste. 210
   Troy, MI 48083
   **Area of expertise –** Medical

3. Dr. Stig Aronsson, M.D. – Potential
   Associates in Medicine
   1695 12 Mile Rd # 200,
   Berkley, MI 48072
   **Area of expertise –** Medical

4. Dr. Robert Krasnick, M.D. - Potential
   45660 Schoenherr Road
   Shelby Township, MI 48315
   **Area of expertise -** Certified Physical Medicine and Rehabilitation specialist

5. Amir Nawar, P.T.
   5428 Metropolitan Parkway
   Sterling Heights, MI 48310
   **Area of expertise –** Physical therapy / Medical

6. Dr. Naile Salameh, D.C.
   Naiel Salameh DC PC
   22243 W. Warren Street
   Dearborn Heights, MI 48127
   **Area of expertise -** Chiropractic medicine

7. Chris Davis
   Address to be provided
   **Area of expertise -** First party claims / no fault files.

8. Robert Ancell Ph.D - Potential
   Robert Ancell & Association
   23077 Greenfield Road, Ste 185
   Southfield, MI 48075
   **Area of expertise –** Rehabilitation services / No Fault

9. Allissa Painin
   Robert Ancell & Association
   23077 Greenfield Road, Ste 185
   Southfield, MI 48075
   **Area of expertise –** Nurse Case Manager

10. Karen Captur
    Robert Ancell & Association
    23077 Greenfield Road, Ste 185
    Southfield, MI 48075
    **Area of expertise –** Nurse Case Manager

11. Kirk Lee
    Robert Ancell & Association
    23077 Greenfield Road, Ste 185
    Southfield, MI 48075
    **Area of expertise –** Nurse Case Manager

12. **Any and all experts listed by co-defendants in this action**

|  |  |
|---|---|
| Dated:  October 1, 2013 | Respectfully submitted,<br><br>/s/Gary R. Blumberg<br>Gary R. Blumberg, PC<br>**Gary R. Blumberg (P29820)**<br>*Attorneys for Defendants d Party Plaintiffs*<br>*Physiomatrix, Inc.,Genex Physical Therapy Inc.*<br>grblumberg@gmail.com<br><br>/s/Peter W. Joelson<br>Joelson Rosenberg PLC<br>**Peter W. Joelson (P51468)**<br>*Attorneys for Counter and Third Party Plaintiffs*<br>*Physiomatrix, Inc.,Genex Physical Therapy Inc.*<br>pjoelson@joelsonrosenberg.com |

3

## CERTIFICATE OF SERVICE

I, Peter W. Joelson hereby certify that on October 1, 2013, I served electronically the foregoing Expert Witness Disclosures on behalf of the PHYSIOMATRIX, INC., GENEX PHYSICAL THERAPY, INC, KALLIL I. KAZAN, D.C., and NAIM KHANAFER, D.C, to all counsel of record.

                                              /s/ Peter W. Joelson
                                              One of the Attorneys for PHYSIOMATRIX, INC., GENEX PHYSICAL THERAPY, INC, KALLIL I. KAZAN, D.C., and NAIM KHANAFER, D.C,