# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| State Farm Mutual Automobile Insurance Company, | ) ) ) |
| Plaintiff, | ) ) No. 5:12-cv-11500 |
| v. | ) ) Hon. John C. O'Meara |
| Physiomatrix, Inc., Genex Physical Therapy, Inc., Kallil I. Kazan, D.C., Naim Khanafer, D.C., Sami Abu Farha, M.D., Sami Abu Farha, M.D., P.C., Tete Oniang'o, M.D., and Tete Oniang'o, M.D., P.L.L.C., | ) ) Magistrate Judge David R. ) Grand ) ) ) |
| Defendants. | ) ) |

### PLAINTIFF STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY'S EXPERT WITNESS LIST

Pursuant to the Court's Scheduling Order (Dkt. 88), State Farm Mutual Automobile Insurance Company ("State Farm"), discloses the following expert witness it may call to testify at trial in this matter. State Farm reserves its right to supplement this disclosures through the close of fact discovery.

1. Patrick G. Ronan, M.D.
   1111 Leffingwell NE
   Suite 100
   Grand Rapids, MI 49525

   Area of Expertise: Physical Medicine and Rehabilitation

Dated: October 1, 2013

By: /s/ Patrick C. Harrigan

| | |
|---|---|
| Morley Witus | Ross O. Silverman |
| BARRIS SOTT DENN & DRIKER | Kathy P. Josephson |
| 211 W. Fort Street Suite 1500 | Eric T. Gortner |
| Detroit, MI 48226-3281 | Patrick C. Harrigan |
| 313-965-9725 | KATTEN MUCHIN ROSENMAN, LLP |
| mwitus@bsdd.com | 525 W. Monroe Street, Suite 1600 |
| | Chicago, Illinois 60661-3693 |
| | (312) 902-5293 |
| | ross.silverman@kattenlaw.com |
| | kathy.josephson@kattenlaw.com |
| | eric.gortner@kattenlaw.com |
| | patrick.harrigan@kattenlaw.com |

ATTORNEYS FOR STATE FARM

# CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2013, a true and correct copy of the foregoing was served via the Court's CM/ECF system to the following attorneys of record in this case:

**Gary R. Blumberg**
30665 Northwestern Hwy – Suite 200
Farmington Hills, MI 48334
248-254-3401
248-254-3404 (fax)
gbtrop@aol.com
Attorney for Physiomatrix, Inc., Genex Physical Therapy, Inc., Kallil Kazan, D.C., and Naim Khanafer, D.C.

**Matthew J. Hoffer**
Shafer and Assoc.
3800 Capital City Boulevard – Suite 2
Lansing, MI 48906
517-886-6560
matt@bradshaferlaw.com
Attorney for Physiomatrix, Inc., Genex Physical Therapy, Inc., Kallil Kazan, D.C., and Naim Khanafer, D.C.

**Bradley J. Shafer**
Shafer and Assoc.
3800 Capital City Boulevard – Suite 2
Lansing, MI 48906
517-886-6560
info@bradshaferlaw.com
Attorney for Physiomatrix, Inc., Genex Physical Therapy, Inc., Kallil Kazan, D.C., and Naim Khanafer, D.C.

**Peter W. Joelson**
Joelson, Rosenberg
30665 Northwestern Highway – Suite 200
Farmington Hills, MI 48334
248-626-9966
pjoelson@joelsonrosenberg.com
Attorney for Physiomatrix, Inc., Genex Physical Therapy, Inc., Kallil Kazan, D.C., and Naim Khanafer, D.C.

**David W. Warren**
Joelson, Rosenberg
30665 Northwestern Hwy – Suite 200
Farmington Hills, MI 48334
248-855-2233
dwwarren@joelsonrosenberg.com
Attorney for Physiomatrix, Inc., Genex Physical Therapy, Inc., Kallil Kazan, D.C., and Naim Khanafer, D.C.

**Brendan H. Frey**
Mantese and Rossman, PC
1361 E. Big Beaver Road
Troy, MI 48083
248-457-9200
248-457-9201 (fax)
bfrey@manteselaw.com
Attorney for the Abu Farha Defendants

| | |
|---|---|
| **Gerard V. Mantese** | **Craig S. Romanzi** |
| Mantese Assoc. | Craig S. Romanzi Assoc. |
| 1361 E. Big Beaver Road | 2850 Dixie Highway |
| Troy, MI 48083 | Waterford, MI 48328 |
| 248-457-9200 | 248-674-4404 |
| gmantese@manteselaw.com | craig@romanziatnip.com |
| Attorney for the Abu Farha Defendants | Attorney for the Oniang'o Defendants |

                                /s/ Patrick C. Harrigan
                                   Attorney for Plaintiff