UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

State Farm Mutual Automobile
Insurance Company,

    Plaintiff,

v.

Physiomatrix, Inc., Genex Physical
Therapy, Inc., Kallil I. Kazan, D.C.,
Naim Khanafer, D.C., Sami Abu Farha,
M.D., Sami Abu Farha, M.D., P.C., Tete
Oniang'o, M.D., Tete Oniang'o, M.D., P.L.L.C.,

    Defendants.

Case No.: 5:12-cv-11500
Hon. John Corbett O'Meara
Magistrate Judge David Grand

_____/

**DEFENDANTS SAMI ABU FARHA, M.D. AND
<u>SAMI ABU FARHA, M.D., P.C.'S INITIAL EXPERT WITNESS LIST</u>**

Defendants Sami Abu Farha, M.D. and Sami Abu Farha, M.D., P.C., by their attorneys Mantese Honigman Rossman and Williamson, P.C., submit the following list of witnesses they may call to testify as experts in this matter:

1. Jiab H. Suleiman, DO
   23500 Park St Suite 3
   Dearborn, MI 48124

2. Nisar Nilover, MD
   34815 W Michigan Ave Suite C
   Wayne, MI 48184

3. Gordon Moss, MD
   30840 Northwestern Hwy., Suite 300
   Farmington Hills, MI 48334

4. Any expert disclosed by any other Defendant in this case either on a witness list or during the course of discovery.

5. Any expert necessary for rebuttal.

6. The Abu Farha Defendants reserve the right to add to or otherwise amend this Expert Witness List.

                          Respectfully submitted,

                          MANTESE HONIGMAN ROSSMAN
                            and WILLIAMSON, P.C.
                          Attorneys for the Abu Farha defendants only


                          __/s/Brendan H. Frey_____
                          Gerard V. Mantese (P34424)
                          Brendan H. Frey (P70893)
                          1361 E. Big Beaver Rd.
                          Troy, Michigan 48083
                          248-457-9200
                          248-457-9201 (fax)
                          gmantese@manteselaw.com
                          bfrey@manteselaw.com

Dated: October 1, 2013

## CERTIFICATE OF SERVICE

     I, Brendan Frey, hereby certify that on October 1, 2013 I caused the foregoing Initial Expert Witness List to be filed using the Court's CM/ECF system which will provide service on all counsel of record by electronic mail at the following addresses:

Attorneys for Plaintiff
Ross O. Silverman
ross.silverman@kattenlaw.com
Kathy P. Josephson
kathy.josephson@kattenlaw.com
Eric T. Gortner
eric.gortner@kattenlaw.com
Patrick C. Harrigan
patrick.harrigan@kattenlaw.com
Morley Witus
mwitus@bsdd.com

Attorneys for Physiomatrix, Genex, Kazan and Khanafer
Gary R. Blumberg
gbtrop@aol.com
Peter W. Joelson
pjoelson@joelsonrosenberg.com
David W. Warren
dwwarren@joelsonrosenberg.com
Bradley J. Shafer
info@bradshaferlaw.com
Matthew J. Hoffer
matt@bradshaferlaw.com

Attorney for the Oniang'o defendants
Craig S. Romanzi
craig@romanziatnip.com

                                                                                    /s/Brendan H. Frey_____
                                                                                            Brendan H. Frey

Dated: October 1, 2013