UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Plaintiff,

                                              Case No. 12-11500

v.

                                              Hon. John Corbett O'Meara

PHYSIOMATRIX, INC., *et al.*,       Magistrate Judge David R. Grand

    Defendants.

_____/

**ORDER ADOPTING**
**REPORT AND RECOMMENDATION**

Before the court is Magistrate Judge David R. Grand's report and recommendation to grant State Farm's emergency motion for case-terminating sanctions against Defendant Tete Oniang'o, M.D., and Tete Oniang'o, M.D., P.L.L.C. ("Defendant"). See Docket No. 285. Defendant has not filed timely objections.

With respect to reports and recommendations from magistrate judges, this court "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). As noted, the court has not received any timely objections to the report and recommendation. Nonetheless, the court has reviewed Magistrate

Judge Grand's thorough report and recommendation, agrees with its conclusions, and adopts it as its own.

Therefore, IT IS HEREBY ORDERED that Magistrate Judge Grand's April 16, 2014 report and recommendation is ADOPTED.

s/John Corbett O'Meara<br>United States District Judge

Date: May 8, 2014

I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, May 8, 2014, using the ECF system.

s/William Barkholz<br>Case Manager